UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOCELYN PIERRE,

                     Plaintiff,                         REPORT AND
                                                 RECOMMENDATION

   -against-

                                                   19 CV 5482 (DLI)(RML)

IMPERIAL BARBER SHOP INC. and
242 5TH AVE. LLC,

                    Defendants.
------------------------------------------------------X

 LEVY, United States Magistrate Judge:

              Plaintiff Jocelyn Pierre ("plaintiff") commenced this action on September 26,

2019, asserting claims under the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.; the

New York City Human Rights Law, NYC Admin. Code §8-107(4)(a); and the New York State

Human Rights Law, N.Y. Exec. Law §296 (2)(a).  (See Complaint, dated Sept. 26, 2019, Dkt.

No. 1.)  Service of process was effected with respect to both defendants, and their answers were

due by November 5, 2019.  To date, neither defendant has answered or otherwise appeared.

        By order dated January 29, 2020, I directed plaintiff to either move for entry of default

or explain why she has not done so by February 12, 2020.  My order warned that failure to

comply could result in the imposition of sanctions, including a recommendation that this case

be dismissed for failure to prosecute.  (See Order, dated Jan. 29, 2020.)  Plaintiff has not

responded.

              Accordingly, I am constrained to recommend that this case be dismissed for lack

of prosecution.  Any objections to this Report and Recommendation must be filed with the Clerk

of the Court, with courtesy copies to the Honorable Dora L. Irizarry, United States District

Judge, and to my chambers within fourteen (14) days.  Failure to file objections within the

specified time waives the right to appeal the district court's order.  <u>See</u> 28 U.S.C. § 636(b)(1);

FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

_____/s/_____
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      July 1, 2020

2